DA-22-0104

FILED

01/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0104

# IN THE SUPREME COURT OF THE STATE OF MONTANA

IN RE THE MARRIAGE OF:

JUDY L. SHIFFMAN,

          **Petitioner and Appellee,**

and

WILLIM F. SHIFFMAN,

          **Respondent and Appellant.**

and

SEAN CRUM,

          **Intervenor.**

## ORDER FOR EXTENSION OF TIME

Upon review of the Appellant's motion for extension of time to file a petition for rehearing pursuant to M. R. App. P., Rule 20, and good cause appearing:

IT IS HEREBY ORDERED that the Appellant is granted an extension of time to consider and/or file a petition for rehearing from January 25, 2022 to and including February 9, 2023.

DATED this _____ day of Appellant, 2023.

          _____
          Clerk/Justice
          Montana Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 24 2023